IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY R. MISKEL, )<br>  )<br>        Plaintiff, )<br>  )<br>  v. )<br>  )<br>BEELMAN RIVER TERMINALS, INC., SCF)<br>LEWIS & CLARK MARINE, INC., M/V)<br>KATIE MAURINE, and SCF LEWIS AND)<br>CLARK FLEETING LLC, )<br>  )<br>        Defendants. ) | Case No. 3:14-cv-338-SMY-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Exclude Expert filed by Defendant SCF Lewis and Clark Fleeing, LLC, on September 18, 2015 (Doc. 58), the Motion for Joinder filed by Defendant Beelman River Terminals, Inc., on September 28, 2015 (Doc. 59), and the Motion for Extension of Time filed by Defendants on October 2, 2015 (Doc. 61).  The Motion to Exclude is **DENIED**, the Motion for Joinder is **GRANTED**, and the Motion for Extension of Time is **GRANTED**.

Defendants filed a Motion pursuant to Federal Rule of Civil Procedure 37 without attaching a certification that they have conferred in good faith prior to filing the motion, as required by Rule 37(a)(1).  Plaintiff, on the other hand offers no convincing reason why he provided an untimely expert disclosure.  In any event, because the parties agree on an extension of the deadlines and in order to move these proceedings along, the following schedule shall be followed in this matter:

   1. Plaintiff shall disclose experts and produce expert reports by September 14, 2015.

2. Defendants shall disclose experts and produce expert reports by November 23, 2015.

3. Plaintiff's experts shall be deposed by October 30, 2015

4. Defendant's experts shall be deposed by December 18, 2015.

5. Rebuttal experts shall be disclosed and reports produced by January 8, 2016.

6. Rebuttal experts shall be deposed by January 22, 2016.

7. All discovery shall be completed by January 22, 2016.

8. The Dispositive Motion/Daubert Motion filing Deadline is **RESET** to February 5, 2016.

9. The Final Pretrial Conference is **RESET** to April 27, 2016 at 1:30 p.m.

10. The Bench Trial is **RESET** to May 16, 2016 at 9:00 a.m.

The Court notes that these motions would have been obviated if the parties had conferred and contacted chambers for an informal conference. **No further extensions of time will be granted except for extraordinary circumstances.**

**IT IS SO ORDERED.**

**DATED: October 6, 2015**

**DONALD G. WILKERSON
United States Magistrate Judge**